UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RICHARD CLEMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-04668-JRS-DML |
| | ) | |
| INDIANA UNIVERSITY LAW SCHOOL, | ) | |
| JANE DOE #2 I.U. law student, | ) | |
| JANE DOE #1 Dean of Student Affairs, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying Plaintiff's Motion to File Electronically (ECF No. 18)**

*Pro se* Plaintiff Richard Clemons filed a Motion to File Electronically. (ECF No. 18). Clemons has requested that he be allowed to file and receive notifications electronically because he is not an attorney and because he lives more than 100 miles from the courthouse. Federal Rule of Civil Procedure 5(d)(3)(B) provides that an unrepresented person, such as Clemons, may only file electronically "if allowed by court order or local rule." No local rule allows *pro se* parties to file electronically as a general matter, and Clemons provides no basis for allowing electronic filing in this particular case. The fact that Clemons is not an attorney does not exempt him from the general rule that *pro se* litigants must file by mail. And Clemons has not set forth any extenuating circumstances that prevent him from filing or receiving notifications by mail. The Court notes that Clemons complains, in particular, about the burden of serving subpoenas by mail. However, subpoenas are not typically served through the Court's electronic filing system.

Because Clemons has not explained why he is different from any other *pro se* litigant residing outside the Southern District of Indiana, his motion is **denied without prejudice** to refiling in the event of a material change in circumstances.

Further, based on Clemons's most recent filing, he is reminded of his duty to update his mailing address with the Court.

**SO ORDERED**.

Date: 3/17/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

RICHARD CLEMONS
402 N. Saint Louis
Chicago, IL 60624

RICHARD CLEMONS
665 Longview Drive
Lexington, KY 40503

James R. A. Dawson
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
jdawson@taftlaw.com

Tristan Carl Fretwell
TAFT STETTINIUS & HOLLISTER LLP
tfretwell@taftlaw.com

Michael C. Terrell
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mterrell@taftlaw.com