UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD CLEMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INDIANA UNIVERSITY LAW ) <br> SCHOOL, DEAN OF STUDENT ) <br> AFFAIRS JANE DOE #1, and ) <br> JANE DOE #2 ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-04668-JRS-DML |

**DEFENDANTS THE TRUSTEES OF INDIANA UNIVERSITY'S
AND DEAN OF STUDENT AFFAIRS JANE DOE #1'S
<u>MOTION TO STAY DISCOVERY</u>**

Defendants The Trustees of Indiana University[1] (the "University") and Dean of Student Affairs Jane Doe #1 ("Jane Doe #1") (collectively, the "IU Defendants"), by counsel, move to stay discovery pending the Court's ruling on the IU Defendants' Motion to Dismiss [Dkt. 34]. In support of this Motion, the IU Defendants are simultaneously filing their supporting brief.

Respectfully submitted,

*James R. A. Dawson*
James R. A. Dawson, #20086-49
Tristan C. Fretwell, #35232-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
 (317) 713-3500 – firm phone
(317) 713-3699 – firm fax
jdawson@taftlaw.com
tfretwell@taftlaw.com

*Counsel for The Trustees of Indiana University and Dean of Student Affairs Jane Doe #1*

---

[1] The likely proper name for Defendant Indianapolis University Law School is "The Trustees of Indiana University." *See* Ind. Code § 21-27-4-2.

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on July 14, 2020, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed and emailed to the following:

Richard Clemons
c/o James Thomerson
326 S. Broadway
Lexington, KY 40503
Rick707law@outlook.com

                                          *James R. A. Dawson*
                                          James R. A. Dawson