# United States District Court

In The Southern District of Indiana

No. 1:19-cv-04668-JRS-DML

Richard Clemons
Plaintiff

V

Indiana University Law School,
Dean of Student Affairs Jane Doe#1
And Jane Doe#2
Defendant
_____/

> The court reviews this motion as plaintiff's opposition to the defendants' motion to stay this case pending ruling on the defendants' motion to dismiss. Having considered the filings, and weighing the interests of judicial economy, the parties' resources, and the efficient management of this case, the court GRANTS the motion to stay (Dkt. 40) and DENIES this motion to reinstate (Dkt. 48). This case is stayed pending resolution of the defendants' motion to dismiss (Dkt. 34).
> DML
> 8/18/2020

**Motion to reinstate Case Management Plan.**

**NOW COMES** plaintiff and states as follow:

1) That on 8-3-20 this court entered an order discharging the show cause order against plaintiff; satisfied, plaintiff seeks reinstatement of the case management plan entered on 5-26-20.

WHEREFORE plaintiff so prays the court.

Richard Clemons
℅ James Thomerson
326 S. Broadway
Lexington, Ky. 40503
/s/ Richard Clemons
8-13-20